# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tyree Jamez Boddie**                    **Docket No. 5:13-CR-177-1D**

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tyree Jamez Boddie, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on December 5, 2013, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tyree Jamez Boddie was released from custody on April 6, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant left the judicial district October 2, 2022, and traveled to Egypt from October 2, 2022, thru October 6, 2022. When confronted, the defendant was remorseful and he acknowledged he should have taken measures to obtain permission before traveling.The defendant did not have permission to travel to Egypt from this probation officer or from the court. To address this issue, we are recommending Boddie participate in our district's Location Monitoring Program for a period of 30 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to him residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

**Tyree Jamez Boddie**
**Docket No. 5:13-CR-177-1D**
**Petition For Action**
**Page 2**
Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: October 18, 2022

### ORDER OF THE COURT

Considered and ordered this ___19___ day of ___October___, 2022, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge